**Order entered September 15, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00233-CV

**BAYLOR UNIVERSITY MEDICAL CENTER AND MARY SUSAN BARNHILL, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF SARAH P. ASCHE, Appellants**

**V.**

**FRITZ ASCHE, VALE ASCHE ELKINS, CRAIG ASCHE, LISA MITTNACHT, AND RICK ASCHE, Appellees**

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-15-00010-2**

## ORDER

We **GRANT** appellees' September 13, 2016 second unopposed motion for extension of time to file appellees' brief.  We **ORDER** the brief be filed no later than **September 19, 2016**.

/s/     CRAIG STODDART
          JUSTICE